IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MAHDI KALU WILLIAMS,**

           Plaintiff,

    v.

**K. PINKYARD, et al.,**

           Defendants.

Case No. 2:19-cv-01737 EFB (PC)

[~~PROPOSED~~] ORDER

Good cause appearing, Defendants' motion for an extension of time to file a responsive pleading is **GRANTED**. Defendants may file a responsive pleading on or before **June 8, 2020.**

Dated: April 23, 2020.

*/s/ Edmund F. Brennan*
The Honorable Edmund F. Brennan

[~~Proposed~~] Order (2:19-cv-01737 EFB (PC))